UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VAFA SHAMSAI-NEJAD,           )<br>                                                        )<br>            Plaintiff,                    )<br>                                                        )<br>vs.                                                 )<br>                                                        )<br>ARIZONA CHARLIE'S BOULDER, )<br>et al.,                                             )<br>                                                        )<br>            Defendant.                )  | 2:12-CV-423-PMP-CWH |

**O R D E R**

The Court having conducted a de novo review, no objections having been filed, and good cause appearing,

**IT IS ORDERED** that the Report and Recommendation [4] of Magistrate Judge C.W. Hoffman, Jr. is affirmed and Plaintiff's Complaint is dismissed with prejudice. The Clerk shall enter Judgment accordingly.

Dated: July 1, 2013.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE